# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

**REHEARING ACTION: May 16, 2012**

**Docket Number: 11   01445-WCA**

**DANA GARY**
**VERSUS**
**ST. LANDRY SECURITY GUARD SERVICES, INC.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 09-05451**

**BEFORE JUDGES:**

    Hon. Oswald A. Decuir
    Hon. Jimmie C. Peters
    Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dana Gary** has this day been

    **DENIED.**

cc: H. Douglas Hunter, Counsel for the Appellee